amount paid and credited on the instalments to which the payments have been imputed.

The result of calculation according to the principles laid down, shows that there is now owing and due to the plaintiff the balance of the price of the property sold, fifty-two thousand and twenty-eight dollars and sixty-three cents. And as the defendant, according to the terms of the probate sale of his mother's succession, is personally bound to pay this amount, judgment must be rendered against him.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be avoided, reversed and annulled; and it is further ordered, adjudged and decreed, that the plaintiff do recover from the defendant the sum of fifty-two thousand and twenty-eight dollars and sixty-three cents; and that the mortgaged property in his possession be seized and sold to satisfy this judgment. But no order of seizure and sale shall be issued until the plaintiff give security as directed in the decree of the District Court, allowing to defendant three judicial days, to commence from the first day of the next term of said court to be holden in the parish of Iberville, on the three first days of the term of that court, in which the mortgages and security aforesaid may be filed; and if no exceptions to said security be filed within that period, or if they be filed and overruled, then the order of seizure and sale as above required, shall be issued, &c., the appellee to pay the costs of this appeal; those of the court below to be borne by the defendant and appellant.

### SAME CASE.

On an application for a rehearing, the opinion of the court was delivered by MATHEWS, J.

In this case a rehearing has been prayed for, and a request is made that the judgment heretofore rendered by this court should be so altered or modified as to reduce the sum in which the plaintiff is bound to give security before he is permitted to pursue his order of seizure and sale. And it appearing

to the court, that as no substantial grounds were alleged in the petition for the rehearing, and the counsel for the defendant having consented that the judgment might be allowed in this respect, &c. It is, therefore, ordered, adjudged and decreed, that the plaintiff be bound to give security in the sum of sixty thousand dollars instead of the sum decreed by the judgment heretofore rendered; the said security to be given in the manner and under the formalities prescribed in our former judgment, which in this respect had reference to the judgment of the District Court.

*Grymes*, for appellant.

*D. Seghers*, for appellee.